UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

LEAMON POUNCY                           CIVIL ACTION NO. 08-0787-P

VERSUS                                    JUDGE S. MAURICE HICKS, JR.

WARDEN, LOUISIANA STATE          MAGISTRATE JUDGE HORNSBY
PENITENTIARY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's petition for writ of habeas corpus is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 12th day of September, 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE